**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:       John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>               Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 174.166.22.134,<br><br>               Defendant. | Case No. 2:23-cv-08180-SDW-AME<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 174.166.22.134 are voluntarily dismissed without prejudice.

DATED: November 17, 2023                    Respectfully submitted,

                                                      **THE ATKIN FIRM, LLC**

                                                      *Attorneys for Plaintiff,*
                                                      *Strike 3 Holdings, LLC*

                                                      */s/ John C. Atkin, Esq.*
                                                      John C. Atkin, Esq.

**SO ORDERED.**
*[signature]*
Hon. Susan D. Wigenton
United States District Judge
Dated: December 5, 2023

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 17, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:    /s/ *John C. Atkin*
           John C. Atkin, Esq.